**TIFFANY & BOSCO, P.A.**
Krista J. Nielson
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, Nevada 89135
Telephone:  702 258-8200
Fax:  702 258-8787
*Attorneys for Defendants*
*Specialized Loan Servicing, LLC and*
*National Default Servicing Corporation*

TB #22-74150

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 705 DEAN MARTIN, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware Limited Liability Company; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X and ROE BUSINESS ENTITIES XI through XX inclusive,<br><br>Defendants. | Case No.   2:22-cv-1662-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, 705 Dean Martin, LLC ("705") and Defendants, Specialized Loan Servicing, LLC ("SLS") and National Default Servicing Corporation ("NDSC"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendants, SLS and NDSC shall have additional time, up to and including **October 24, 2022** to file its response to Plaintiff's Complaint. [ECF 5].  The current deadline is October 10, 2022.  The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for SLS and NDSC.

/././

/././

**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 7th day of October, 2022.                    Dated this 7th day of October, 2022.

TIFFANY & BOSCO, P.A.                                    THE WRIGHT LAW GROUP, P.C.


*/s/ Krista J. Nielson*                                  */s/ John Henry Wright, Esq.*
Krista J. Nielson, Esq.                                  John Henry Wright, Esq.
Nevada Bar No.: 10698                                    Nevada Bar No.: 6182
10100 W. Charleston Blvd., Ste. 220                      2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89135                                  Las Vegas, Nevada 89102
(702) 258-8200                                           (702) 405-0001
knielson@tblaw.com                                       john@wrightlawgroupnv.com
                                                         *Attorney for Plaintiff, 705 Dean Martin, LLC*

## ORDER

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that SLS and NDSC shall have until October 24, 2022, to file its response to Plaintiff's Complaint.

DATED this __11th__ day of __October__, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

_/s/ Krista J. Nielson, Esq._
Krista J. Nielson, Esq.
*Specialized Loan Servicing, LLC and*
*National Default Servicing Corporation*