**TIFFANY & BOSCO, P.A.**
Krista J. Nielson
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, Nevada 89135
Telephone: 702 258-8200
Fax: 702 258-8787
*Attorneys for Defendants*
*Specialized Loan Servicing, LLC and*
*National Default Servicing Corporation*

TB #22-74150

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 705 DEAN MARTIN, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware Limited Liability Company; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; DOES I through X and ROE BUSINESS ENTITIES XI through XX inclusive,<br><br>Defendants. | Case No.   2:22-cv-1662-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO REMAND**<br><br>**(SECOND REQUEST)**<br><br>ECF No. 24 |

Plaintiff, 705 Dean Martin, LLC ("705") and Defendants, Specialized Loan Servicing, LLC ("SLS") and National Default Servicing Corporation ("NDSC"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendants, SLS and NDSC shall have additional time, up to and including **December 12, 2022** to file its Reply in Support of Motion to Dismiss and Opposition to Motion to Remand. The current deadline for the Reply in Support of Motion to Dismiss and Opposition to Motion to Remand is December 5, 2022. The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for SLS and NDSC.

/././

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 29th day of November, 2022.                   Dated this 29th day of November, 2022.

TIFFANY & BOSCO, P.A.                                    THE WRIGHT LAW GROUP, P.C.

*/s/ Krista J. Nielson*                                  */s/ John Henry Wright, Esq.*
Krista J. Nielson, Esq.                                  John Henry Wright, Esq.
Nevada Bar No.: 10698                                    Nevada Bar No.: 6182
10100 W. Charleston Blvd., Ste. 220                      2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89135                                  Las Vegas, Nevada 89102
(702) 258-8200                                           (702) 405-0001
knielson@tblaw.com                                       john@wrightlawgroupnv.com
*Specialized Loan Servicing, LLC and*                    *Attorney for Plaintiff, 705 Dean Martin, LLC*
*National Default Servicing Corporation*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 6, 2022
Nunc pro tunc to December 5, 2022